1
2
3
4
5
6
7
8
9                    **UNITED STATES DISTRICT COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

11

12  MARIJA SAMTUR,                    )    Case No. CV 14-2419-AS
                                      )
13              Plaintiff,            )    **JUDGMENT**
                                      )
14       v.                           )
                                      )
15  CAROLYN W. COLVIN,                )
    Acting Commissioner of the       )
16  Social Security Administration,) 
                                      )
17              Defendant.            )
    _____ )
18

19       IT IS ADJUDGED that this action is DISMISSED with prejudice.
20

21  Dated: August 3, 2015.
22

23                          _____
                                      /S/
24                          ALKA SAGAR
                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28